# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(120)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
   Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellee.
_____/

SC: 146440
COA: 306618
Court of Claims: 11-000033-MT

   On order of the Chief Justice, the motion of Multistate Tax Commission for leave to file an amicus curiae brief in support of defendant-appellee is GRANTED. The amicus brief submitted on November 5, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    November 12, 2013



Clerk